IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS
FILED

2015 NOV -5 PM 1:34

Keith E. Hottle
KEITH E. HOTTLE, CLERK

October 30, 2015
Friday, 6 A.M.

Honorable Appeals Clerk, Mr. Hottle:

Re: 04-08-00655-CR - Fourth Court of Appeal bias
Injustice Complaint, Concerning Oct 15, 2008 erroneous
dismissal.

Sir, I deeply Apologize for my repeated injustice
Appeal Complaints Concerning, Oct 15, 2008, erroneous fourth
Court of Appeals dismissal that should have never occured
due to Appellate clerks (R 37.1) Neglect.

For the Appeal Court record, I have Provide
At best to my Ability, writ of error of Appeal with specific
erroneous facts that Lead to my erroneous Oct 15, 2008,
R. 25.2(d) dismissal. (i.e., No State Probation recommendation
ever occured on 07/11/08, As falsely — Advice — by State Appointed
trial counsel.) See enclosed writ of error Arguements w/
Attached — Questionable, Cause No. 2008-CR-1186 State (290th)
Plea Bargain Admonishments.) I believe I am entitled
to R 44. 2 (a)(i-5) Court of Appeal review.

Also, Please be aware, due to my unlawful
imprisonment situation, I am under extreme prejudice
Court of Appeals treatment due to verified State Appointed
Appeal and trial ineffective Counsel Assistance and
have suffered dearly (8TH), (14TH) Amendment injuries.

I also suffer a reasonable legal understanding capacity and IQ:82, and believe the fourth court of appeals has taken advantage of my legal disability to present my verified Appeal Complaints.

For the Appeal Court Record, Above Appellate has been unlawful restrain As Nov 24, 2007, due to verified R44.2 C1-5, erroneous Appeal court presumption.

Appellate As of Nov 24, 2007, was never magistrated or charged with any Texas penal code DWI offense (49.04).

All Appellate (Enclosed) City Magistrate court Records, Attached to enclosed 11.07 Application were knowingly And intentional (Forged) And Rubber Stamp Nov 23, 2007 without ever making any official (ART 15.17. Tex V.C.C.P) Bond or Charge hearing At Anytime, As Appellate waited in a City Magistrate court holding cell ①. Apparently SHAM Numar 954121; 954122 were fabricated charges without no magistrate court − (Seizure) − Arrest warrant, Criminal Complaint, or probable cause evidence Affidavits. Due to this verified City And State (Bexar Co.) court corruptions And official oppression, Appellate continues to suffer (8th); (14th); intentional injuries.

All being said, please re-examine warranted enclosed records And if possible send me Xerox copies of All enclosed Records.

Your integrity and services Are deeply Appreciated
Mr. Gutierrez # t.d.c.j 1523604.